```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Chief, Criminal Division
 3  STEVEN R. WELK
    Assistant United States Attorney
 4  Chief, Asset Forfeiture Section
    LISABETH SHINER
 5  Special Assistant United States Attorney
    Asset Forfeiture Section
 6  California Bar No. 151792                E-FILED 10/01/08
       Federal Courthouse, 14th Floor        JS-6
 7     312 North Spring Street
       Los Angeles, California 90012
 8     Telephone: (213) 894-6528
       Facsimile: (213) 894-7177
 9     Lisabeth.Shiner@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CV 08-1137 PSG (FMOx) |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] |
| ) | |
| ONE 2003 CADILLAC ESCALADE ) | **CONSENT JUDGMENT** |
| EXT AUTOMOBILE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| STEVEN DYE, et al., ) | |
| ) | |
| Claimants. ) | |

This action was filed on February 20, 2008. Notice was given and published in accordance with law. Steven Dye and Victoria Dye ("claimants") filed a joint claim on May 12, 2008, and an answer on May 6, 2008. No other claims or answers have

1 | been filed, and the time for filing claims and answers has
2 | expired.  Plaintiff and claimants have reached an agreement that
3 | is dispositive of the action.  The parties hereby request that
4 | the Court enter this Consent Judgment of Forfeiture.
5 | **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
6 | 1.   This Court has jurisdiction over the parties and the
7 | subject matter of this action.
8 | 2.   Notice of this action has been given in accordance with
9 | law.  All potential claimants to the defendant vehicle, other
10 | than claimants Steven Dye and Victoria Dye, are deemed to have
11 | admitted the allegations of the Complaint.  The allegations set
12 | out in the Complaint are sufficient to establish a basis for
13 | forfeiture.
14 | 3.   The United States of America shall have judgment as to
15 | the defendant One 2003 Cadillac Escalade EXT Automobile, VIN
16 | number 3GYEK63N23G110178 ("the property").  The property is
17 | hereby condemned and forfeited to the United States, and no other
18 | person or entity shall have any right, title or interest in the
19 | property.  The United States Marshals Service is ordered to
20 | dispose of the property in accordance with law.
21 | 4.   Claimants hereby release the United States of America,
22 | its agencies, agents, and officers, including employees and
23 | agents of the Drug Enforcement Administration, from any and all
24 | claims, actions or liabilities arising out of or related to this
25 | action, including, without limitation, any claim for attorneys'
26 | fees, costs or interest which may be asserted on behalf of the
27 | claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
28 |

1     5.   The Court finds that there was reasonable cause for the
2 seizure of the defendant vehicle and institution of these
3 proceedings.  This judgment shall be construed as a certificate
4 of reasonable cause pursuant to 28 U.S.C. § 2465.

6 DATED: _9/25/08__

7                                   **PHILIP S. GUTIERREZ**
                                    _____
8                                   THE HONORABLE PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE

10 **Approved as to form and content:**

11
   DATED: September __, 2008      THOMAS P. O'BRIEN
12                                Assistant United States Attorney
                                  Chief, Criminal Division
13                                STEVEN R. WELK
                                  Assistant United States Attorney
14                                Chief, Asset Forfeiture Section

16                                _____
                                  LISABETH SHINER
                                  Special Assistant United States Attorney
17                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

20 DATED: September __, 2008

21                                _____
                                  FAITH FORD
22                                Attorney for Claimants
                                  STEVEN DYE AND VICTORIA DYE